## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 704 MAL 2015

         Respondent    :

                     :    Petition for Allowance of Appeal from
                     :    the Order of the Superior Court

         v.    :

JEFFREY O. BRIGHT,    :

         Petitioner    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 30th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.


       Mr. Justice Eakin did not participate in the decision of this matter.